# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MENDOZA-MARTINEZ,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>JACK FOX, Warden,<br><br>　　　　　　　Respondent. | Case No. CV 15-0337-DMG (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No Objections to the Report and Recommendation have been filed within the time allowed for Objections.[1] The Court accepts the findings and recommendations of the Magistrate Judge.

---

[1] The Court notes that the notifications to Petitioner of the filing of the Report and Recommendation were returned undeliverable. [Doc. ## 12, 13.] Nonetheless, it is the party's responsibility to keep the Court and opposing counsel apprised of any changes in his address or other contact information. C.D. Cal. L.R. 83-2.4. Failure to comply with this Local Rule is evidence of a lack of due diligence and does not justify any further delay in the issuance of this Order.

1    IT IS ORDERED that the Petition is denied and Judgment shall be entered
2    dismissing the action with prejudice.

4    DATED: June 17, 2016                        /s/ Dolly M. Gee
                                                  DOLLY M. GEE
                                                  UNITED STATES DISTRICT JUDGE