# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MENDOZA-MARTINEZ, <br><br> Petitioner, <br><br> v. <br><br> JACK FOX, Warden, <br><br> Respondent. | Case No. CV 15-0337-DMG (JEM) <br><br> **J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: June 17, 2016

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE